**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-7038

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

RONALD EARL JONES, JR., a/k/a Jizzle,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:21-cr-00382-BO-1)

Submitted:  August 28, 2025                                    Decided:  September 2, 2025

Before GREGORY, QUATTLEBAUM, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ronald Earl Jones, Jr., Appellant Pro Se.  David A. Bragdon, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Earl Jones, Jr., appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction based on Amendment 821 to the Sentencing Guidelines. Part A of Amendment 821, amending U.S. Sentencing Guidelines Manual § 4A1.1, limits the impact of "status points," which are "additional criminal history points given to defendants for the fact of having committed the instant offense while under a criminal justice sentence, including probation, parole, supervised release, imprisonment, work release, or escape status." USSG § 1B1.10 cmt. n.7. We have reviewed the record and conclude that a reduction in status points would not result in a lower Sentencing Guidelines range for Jones, rendering him ineligible for relief under Part A. The district court therefore did not abuse its discretion in denying his motion for a sentence reduction. Accordingly, we affirm the district court's order. *United States v. Jones*, No. 5:21-cr-00382-BO-1 (E.D.N.C. Oct. 24, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*